| | |
|---|---|
| 1 | STEVEN T. JAFFE |
| 2 | Nevada Bar No.: 7035<br>HALL JAFFE & CLAYTON, LLP |
| 3 | 7425 Peak Drive |
| 4 | Las Vegas NV 89128<br>sjaffe@lawhjc.com |
| 5 | Attorneys for Defendant<br>*Catherine Isabella Gold* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANFORD COHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE ISABELLA GOLD, an individual and DOES 1 through 10, inclusive, and ROE CORPORATIONS 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00804<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF NO. 31 |

IT IS HEREBY STIPULATED by and between Plaintiff SANFORD COHEN and Defendant CATHERINE ISABELLA GOLD, by and through their respective counsel, that Plaintiff SANFORD COHEN's action against Defendant CATHERINE ISABELLA GOLD and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

///

///

///

1

There has been no trial date set in this case.

DATED this 22nd day of August, 2017.   DATED this _____ day of August, 2017.

HALL JAFFE & CLAYTON, LLP   LAW OFFICE OF MICHAEL D. MCLACHLAN, APC

_____   _____
STEVEN T. JAFFE   MICHAEL D. MCLACHLAN
Nevada Bar No.: 7035   Admitted Pro Hac Vice
7425 Peak Drive   44 Hermosa Avenue
Las Vegas NV 89128   Hermosa Beach, CA 90254
Attorney for Defendant   Attorney for Plaintiff
Catherine Isabella Gold   Sanford Cohen

ORDER

Based on the parties' stipulation [ECF No. 31] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
August 22, 2017

Respectfully Submitted by:

HALL JAFFE & CLAYTON, LLP

_____
STEVEN T. JAFFE
Nevada Bar No.: 7035
7425 Peak Drive
Las Vegas NV 89128
Attorney for Defendant
Catherine Isabella Gold

2